NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

JOHN TRUMM, PETITIONER, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, DEFENDANT.

For the petitioner, *Charles Becker.*

For the respondent, *Edmond M. Moffett.*

\*    \*    \*    \*    \*    \*    \*

At the hearing held in this matter, the petitioner testified that he was employed by the respondent as a car repairer at its Elizabethport shops and that on November 1st or 2d, 1926, he lifted up a jack while working on a car and injured

his back and right side. There also testified in behalf of the petitioner two witnesses who said that he complained to them of having strained his back, but their recollection of the date of this conversation appeared very hazy.

The evidence adduced on behalf of the respondent, Central Railroad Company of New Jersey, showed that although petitioner had been in its employ, it had never received any notice of the accident alleged to have occurred on said dates and showed, furthermore, that the petitioner had not appeared for work on either of the said dates on which the said accident is alleged to have occurred.

In view of the character of the evidence adduced at the hearing, as well as the credibility of the witnesses who appeared on behalf of the respective parties, I do find and determine as follows:

That petitioner did not sustain any injuries as a result of the accident alleged to have occurred on November 1st or 2d, while in the employ of the Central Railroad Company of New Jersey, and that the said respondent, the Central Railroad Company of New Jersey, never had any notice of the occurrence of said accident.

\*　　　\*　　　\*　　　\*　　　\*　　　\*　　　\*

HARRY J. GOAS,
*Deputy Commissioner.*